**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Johnny Lee NAPIER, Defendant—Appellant.**

No. 07–30172.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 24, 2008.

Stephen Cooper, Esq., Office of the U.S. Attorney, Fairbanks, AK, for Plaintiff–Appellee.

Hugh W. Fleischer, Esq., Law Offices of Hugh W. Fleischer, Anchorage, AK, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Johnny Lee Napier appeals from the restitution order imposed for fraudulently obtaining, converting, and misapplying federal grant funds in violation of 18 U.S.C. § 666(a)(1)(A). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Napier contends that his restitution order should be vacated and the case remanded because his attorney was ineffec-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tive by failing to object to the fact that the district court used dismissed counts to calculate the amount of restitution owed. Because the record is not sufficiently developed, we decline to consider this issue on direct appeal. *See United States v. McKenna,* 327 F.3d 830, 845 (9th Cir. 2003).

**AFFIRMED.**

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Visa EL, Defendant—Appellant.**

**No. 07–30177.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2008.[*]

Filed Jan. 24, 2008.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). El's motion to waive oral argument is granted.

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.